UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                             :

HAROLD W. LOW,
                                             :

                      Plaintiff,           :                26-CV-2210 (JMF)

                                             :

          -v-                             :                  ORDER

                                           :

ELIZABETH B. GILMORE et al.,
                                           :

                      Defendants.       :

                                           :

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On May 18, 2026, Defendants filed motions to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by **June 8, 2026**.  Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings.  Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file answers; (2) file a new motion or motions to dismiss (which should, if feasible, be filed jointly); or (3) file a letter on ECF stating that they rely on the previously filed motions to dismiss.  If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motions to dismiss as moot.  If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motions to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

      If no amended complaint is filed, Plaintiff shall file any opposition to the motions to dismiss as a single, consolidated brief by **June 8, 2026**.  Defendants' reply, if any, shall be filed as a single, consolidated brief by **June 15, 2026**.

      Finally, it is further ORDERED that the initial pretrial conference previously scheduled for **June 16, 2026, at 9:00 a.m.** is adjourned *sine die*.

      SO ORDERED.

Dated:  May 20, 2026
         New York, New York                                                        
                                                      JESSE M. FURMAN
                                              United States District Judge